IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                      Case No. 3:17cr83/MCR

ELADIO L. VAZQUEZ

## FINAL ORDER OF FORFEITURE
## AS TO DEFENDANT ELADIO L. VAZQUEZ

WHEREAS, on October 31, 2017, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253, based upon the defendant's guilty plea to Count One of the indictment in this action, and the attached forfeiture provision thereto, of the property listed as:

    A. One Samsung GSM SM-G935T Galaxy S7 Edge;
    B. One Samsung CDMA SM-G955U Galaxy S8 Plus;
    C. One Samsung SM-T818V Galaxy Tablet S3; and
    D. One Samsung Laptop w/ SN HY2N98FCBD2EJTW containing a 500 GB Hitachi hard drive.

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2(b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **ELADIO L. VAZQUEZ** at the time of

1

sentencing and shall be made part of the sentence and included in the judgment now wherefore,

IT IS HEREBY ORDERED:

That all of defendant **ELADIO L. VAZQUEZ's** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this 12 day of January, 2018.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE